## 35181. GOODRUM v. GOODRUM.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED SEPTEMBER 26, 1979.

*Leiter & Leiter, Robert Paul Leiter,* for appellant.
*Furlong & Dorfman, Robert J. Dorfman,* for appellee.